UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

|  |  |
|---|---|
| ELIZABETH WILLIAMS <br>     Plaintiff <br><br> V. <br><br> AMERICAN ROLL-ON ROLL-OFF CARRIER LLC & TOTE SERVICES, LLC <br>     Defendants | Civil Action <br><br> No. 3:26-CV-188-HES-MCR |

## SEAMAN'S DECLARATION

The Plaintiff, ELIZABETH WILLIAMS, in the above-entitled action was a seaman and claims the benefits of the United States Code, Title 28, Section 1916, which provides that:

> "In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor"

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on the 22th day of January 2026.

/s/ Carolyn M. Latti
Carolyn M. Latti
BBO MA 567394
Latti Associates LLC
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000
Clatti@lattiassociates.com