```
ORIGIN ID:LWMA    (617) 523-1000        SHIP DATE: 22JAN26
CML                                     ACTWGT: 1.00 LB
LATTI ASSOCIATES LLC                    CAD: 9445429/INET4535
30-31 UNION WHARF
BOSTON, MA 02109                        BILL SENDER
UNITED STATES US

TO  CLERK OF THE COURT
    USDC, JACKSONVILLE DIVISION
    300 NORTH HOGAN STREET

    JACKSONVILLE FL 32202
(617) 523-1000
                          REF: WILLIAMS ELIZABETH
INV:
PO:                                 DEPT:
```




```
FedEx                          MON - 26 JAN 5:00P
TRK# 8881 4243 3631            STANDARD OVERNIGHT
0201
                                      32202
XX NIPA                        FL-US  JAX
```



58KJ4/747B/484B





FedEx  
TRK# 8881 4243 3631  
0201  
MON - 26 JAN 5:00P  
STANDARD OVERNIGHT

**XX NIPA**  
32202  
FL-US  JAX



1077-8022  
ETP: 3  
USDC, JACKSONVILLE DIVISION  
300 N HOGAN ST  
JACKSONVILLE FL  
32202-4204-00

